IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

CASE NO: 13-04444-MCF/C

IN RE:  CHAPTER: 13

**MENDEZ NIEVES, GLADYS**
**(SS: 3004)**  (SS: )

**CARR. 412 KM. 2.9**
**BO CRUCES**
**RINCON, PR 00677**

_____

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

COME(S) NOW Debtor(s), represented by the undersigned attorney, and represents as follows:

1. The appearing party hereby informs that:

**SOCIAL SECURITY BENEFIT, ASUME, FORM SC 2781, MINUTA AND HOGAR SEGURO DEED AND CFSE CERTIFICATION**

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice of this information and/or documents.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to the all parties in interest in the attached master address list. We will serve by Postal Service the document to any non CM/ECF participants.

On this day, June 06, 2013

**LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Tel:(787) 791-1818
Fax: (787) 791-4260

**/S/ *Juan M. Suárez Cobo***
Juan M. Suárez Cobo
USDCPR 211010
suarezcobo@gmail.com

*Chapter 13*



# TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)

José R. Carrión-Morales, Esq.

 Home    Document Filing    Document History

**Juan M. Suarez Cobo** -- *Law Office*   Sign out

Trustee Electronic Document Filing Application (TEDFA)

**Confirmation Receipt**

|  |  |
|---|---|
| **Case Number:** | 1304444 |
| **Username:** | jms2001 |
| **Debtor 1:** | GLADYS MENDEZ NIEVES |
| **Debtor 2:** |  |
| **Lawyer:** | JUAN M SUAREZ COBO |
| **Atty. Firstname:** | Juan M. |
| **Atty. Lastname:** | Suarez Cobo |
| **Law Firm:** | Law Office |
| **Document Type Filed:** | Legal Title – Deeds, Contracts, Will, etc. |
| **Upload Date:** | 6/6/2013 4:37:19 PM |
| **Original File(s) Name:** | 13-04444- MINUTA AND HOGAR SEGUO DEED.pdf |

### IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.



*Chapter 13*

# TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)

José R. Carrión-Morales, Esq.

 Home     Document Filing     Document History

Juan M. Suarez Cobo -- *Law Office*   <u>Sign out</u>

   3  of 5   Export   

Trustee Electronic Document Filing Application (TEDFA)

**Confirmation Receipt**

|  |  |
|---|---|
| **Case Number:** | 1304444 |
| **Username:** | jms2001 |
| **Debtor 1:** | GLADYS MENDEZ NIEVES |
| **Debtor 2:** |  |
| **Lawyer:** | JUAN M SUAREZ COBO |
| **Atty. Firstname:** | Juan M. |
| **Atty. Lastname:** | Suarez Cobo |
| **Law Firm:** | Law Office |
| **Document Type Filed:** | Taxes - Income Tax Returns |
| **Upload Date:** | 6/6/2013 4:36:53 PM |
| **Original File(s) Name:** | 13-04444- FORM SC 2781.pdf |

**IMPORTANT WARNING**

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.



*Chapter 13*

# TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)

José R. Carrión-Morales, Esq.

 **Home**     **Document Filing**     **Document History**

**Juan M. Suarez Cobo** -- *Law Office*  <u>Sign out</u>

   5 of 5    Export   



Trustee Electronic Document Filing Application (TEDFA)

**Confirmation Receipt**

                                        **Case Number:** 1304444

**Username:** jms2001

**Debtor 1:** GLADYS MENDEZ NIEVES

**Debtor 2:**

**Lawyer:** JUAN M SUAREZ COBO

**Atty. Firstname:** Juan M.

**Atty. Lastname:** Suarez Cobo

**Law Firm:** Law Office

**Document Type Filed:** Income - Other evidence

**Upload Date:** 6/6/2013 4:37:41 PM

**Original File(s) Name:** 13-04444- CFSE CERTIFICATION.pdf

### IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

Chapter 12 & 13 ::: Trustee Electronic Document Filing Application (T...    http:://www.ch13-pr-docs.com/documentfiling?RadUrid=064964ef-1455-...

Case:13-04444-MCF13   Doc#:13   Filed:06/07/13   Entered:06/07/13 09:10:43   Desc: Main
Document   Page 5 of 6



*Chapter 13*

# TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)

José R. Carrión-Morales, Esq.

 Home     Document Filing     Document History

**Juan M. Suarez Cobo** -- *Law Office*   Sign out

    2  of 5  Export    



Trustee Electronic Document Filing Application (TEDFA)

**Confirmation Receipt**

**Case Number:** 1304444

**Username:** jms2001

**Debtor 1:** GLADYS MENDEZ NIEVES

**Debtor 2:**

**Lawyer:** JUAN M SUAREZ COBO

**Atty. Firstname:** Juan M.

**Atty. Lastname:** Suarez Cobo

**Law Firm:** Law Office

**Document Type Filed:** DSO - Other Document

**Upload Date:** 6/6/2013 4:36:20 PM

**Original File(s) Name:** 13-04444- ASUME.pdf

### IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.



*Chapter 13*

# TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)

José R. Carrión-Morales, Esq.

 Home      Document Filing      Document History

Juan M. Suarez Cobo -- *Law Office*   Sign out

    1 of 5  Export    

Trustee Electronic Document Filing Application (TEDFA)

**Confirmation Receipt**

**Case Number:** 1304444

**Username:** jms2001

**Debtor 1:** GLADYS MENDEZ NIEVES

**Debtor 2:**

**Lawyer:** JUAN M SUAREZ COBO

**Atty. Firstname:** Juan M.

**Atty. Lastname:** Suarez Cobo

**Law Firm:** Law Office

**Document Type Filed:** Income - Social Security and/or Pension Certification

**Upload Date:** 6/6/2013 4:35:56 PM

**Original File(s) Name:** 13-04444- SOCIAL SECURITY BENEFIT.pdf

**IMPORTANT WARNING**

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.