UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

### Hearing Information:

**Debtor**: EDWARD RIVERA TRINIDAD and NAOMI C MOLINA MARTINEZ
**Case Number**: 13-00444-BKT13        **Chapter:** 13
**Date / Time / Room**: 6/13/2013 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: MARTA BORREGO
**Reporter / ECR**: LORI ANNIE RODRIGUEZ

### Matter:

Confirmation Hearing

### Appearances:

MAYRA ARGUELLES, ATTORNEY FOR THE CHAPTER 13 TRUSTEE
JUAN O CALDERON LITHGOW, ATTORNEY FOR DEBTORS
MARICARMENT COLON, ATTORNEY FOR FIRSTBANK

### Proceedings:

**ORDER:**

Confirmation is denied. LBR 3015-2(i) applies. The debtor is granted fourteen (14) days to comply. The objection to confirmation by Firstbank (docket #17) is held in abeyance.

**SO ORDERED.**

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge