# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re NAOMI C MOLINA MARTINEZ                    Case No. 13-00444-BKT

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | FIA Card Services, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

Court Claim # (if known):  8

Amount of Claim:  $5,411.40

Date Claim Filed:  03/15/2013

Phone: 610-644-7800                          Phone: 800-671-2115

Last Four Digits of Acct #:  0462            Last Four Digits of Acct #:  0462

Last Four of Alternate Acct #:  7475         Last Four of Alternate Acct #:  7475

Name and Address where transferee payments should be sent (if different from above):

Phone:

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ ALANE A. BECKET                   Date:    06/11/2013

Alane A. Becket, Esquire, PA65451
Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

BAC30205

